IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 96-11190
Summary Calendar
_____


REUBEN E. DELOACH,

Plaintiff-Appellant,

versus

GENERAL DYNAMICS CORPORATION,

Defendant-Appellee.
_____

Appeals from the United States District Court for the
Northern District of Texas
USDC No. 4:93-CV-73-Y
_____
December 4, 1997
Before JOLLY, BENAVIDES, and PARKER, Circuit Judges.

PER CURIAM:[*]

Reuben E. DeLoach appeals the district court's order granting General Dynamics's motion for protective order, denying DeLoach leave to file a supplemental pleading, denying DeLoach's motion to stay summary judgment proceedings, and granting summary judgment in favor of General Dynamics.

We have reviewed the record and find no reversible error. Accordingly, the judgment is AFFIRMED for essentially the reasons

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

stated by the district court.  See DeLoach v. General Dynamics, No. 4:93-CV-073-Y (N.D. Tex. Aug. 30, 1996).

A F F I R M E D.